**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-6470**

———————————

KEITH THOMAS,

                                    Plaintiff - Appellant,

          versus

KATHLEEN M. KAHOE, Assistant Attorney General;
GEORGE W. BUSH, President; MR. MUELLER,
Director of the FBI; MR. GONZALES, United
States Attorney General; JOHN DOE, Federal
Detention Center in Alexandria,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (1:05-cv-01426-LMB)

———————————

Submitted: May 16, 2006              Decided: May 24, 2006

———————————

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Keith Thomas, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keith Thomas appeals a district court order dismissing his complaint as frivolous. We have reviewed the record and the district court's order and agree with the district court. Thomas' complaint was completely frivolous. Accordingly, we dismiss the appeal as frivolous. We also deny his motion for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED